**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.:  09-11392 |
| | ) | **Chapter 11** |
| **KIMMEL & FREDERICKS** | ) | |
| **INTERNATIONAL, INC.** | ) | |
| | ) | |
| TAX ID #:  56-1596696 | ) | |
| | ) | |
| **Debtor(s)** | ) | |

## NOTICE TO CREDITORS HOLDING TWENTY LARGEST UNSECURED CLAIMS

      The above-referenced debtor has filed a Chapter 11 petition in the Western District of North Carolina.  The Bankruptcy Code, 11 U.S.C. §1102, requires the Court to appoint a Committee of Unsecured Creditors.  Normally the committee consists of those persons willing to serve who hold the seven largest unsecured claims against the debtor.

      You or your company have been listed by the debtor as one of the creditors holding the twenty largest claims against the debtor.  Information regarding the function of the Creditors' Committee is enclosed with this notice.  If you are interested in serving as a member of the Creditors' Committee, please fill out and return the enclosed Notice of Intent to Accept/Decline Appointment to the Creditors' Committee within ten (10) days of the date of this notice.  If appointed, you will receive a copy of the order appointing the Creditors' Committee.  The first Creditors' Committee meeting will be held immediately following the first meeting of creditors unless you receive notice that it will be held at an earlier date.

      Please return the Notice of Intent to Accept/Decline Appointment to the Creditors' Committee to the undersigned at the address indicated below within **ten (10) days** of the date of this notice.

      Dated:  December 29, 2009.

/s/ Linda W. Simpson
Linda W. Simpson
United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC  28202-1669
N.C. Bar #12596
Telephone:  (704) 350-7587   Fax:  (704) 344-6666
Email:  Linda_Simpson@ncwba.uscourts.gov

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Case No.:    09-11392** |
| | ) | **Chapter 11** |
| **KIMMEL & FREDERICKS** | ) | |
| **INTERNATIONAL, INC.** | ) | |
| | ) | |
| **TAX ID #:   56-1596696** | ) | |
| | ) | |
| **Debtor(s)** | ) | |

**NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO
CREDITORS' COMMITTEE**

The undersigned, a representative of the company or individual listed below,

☐ Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

☐ Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: _____

Name of Representative: _____

Address of Representative: _____
_____
_____

Amount of Claim:  $_____

Type of Claim: _____

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: _____

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Telephone No. of Representative: _____

Dated: _____

_____
Signature

**Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666.**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.:    09-11392 |
| | ) | **Chapter 11** |
| **KIMMEL & FREDERICKS** | ) | |
| **INTERNATIONAL, INC.** | ) | |
| | ) | |
| TAX ID #:    56-1596696 | ) | |
| | ) | |
| **Debtor(s)** | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the Notice to Creditors Holding Twenty Largest Unsecured Claims to which this Certificate is attached was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service on December 29, 2009.

/s/ Linda W. Simpson
Linda W. Simpson, United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC  28202-1669
N.C. Bar #12596
Telephone:  (704) 350-7587   Fax:  (704) 344-6666

**Elizabeth H. Post**
**400 Charlotte St., #702**
**Asheville, NC 28801**

**Bank of America**
**PO Box 15710**
**Wilmington, DE 19886**